# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>  Tina R ZOOK<br><br>  Debtor(s) | Case No. 11 B 33583 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/16/2011.

2) The plan was confirmed on 01/19/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/10/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 01/26/2015.

6) Number of months from filing to last payment: 40.

7) Number of months case was pending: 58.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $73,000.00 |
| Less amount refunded to debtor | $1,239.05 |
| **NET RECEIPTS:** | **$71,760.95** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,774.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,114.19 |
| Other | $1,000.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,888.19** |

Attorney fees paid and disclosed by debtor:        $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL Laboratories | Unsecured | NA | 179.08 | 179.08 | 0.00 | 0.00 |
| ACL Laboratories | Unsecured | NA | 58.05 | 58.05 | 0.00 | 0.00 |
| ADT Security Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advanced Radiology | Unsecured | 48.35 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 31.97 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 180.70 | NA | NA | 0.00 | 0.00 |
| Advocate Lutheran General Health Partner | Unsecured | 1,499.71 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Secured | 18,340.00 | 13,274.91 | 14,274.91 | 14,274.91 | 196.37 |
| Ally Financial | Unsecured | 18,340.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| American Specialty Advertise/Print | Unsecured | NA | 265.97 | 265.97 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 2,832.00 | 3,206.18 | 3,206.18 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 3,674.00 | 3,105.67 | 3,105.67 | 433.49 | 0.00 |
| AT&T | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BAC Home Loan Servicing LP | Secured | 243,989.00 | NA | NA | 0.00 | 0.00 |
| Burton A Sherman | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Candica LLC | Unsecured | 2,685.00 | 2,895.92 | 2,895.92 | 404.20 | 0.00 |
| Capital One | Unsecured | 890.65 | NA | NA | 0.00 | 0.00 |
| Cassidy Tire & Service | Unsecured | NA | 1,644.00 | 1,644.00 | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 1,107.56 | 1,723.55 | 1,723.55 | 0.00 | 0.00 |
| Cintas Corp | Unsecured | NA | 1,295.50 | 1,295.50 | 0.00 | 0.00 |
| Citibank NA | Unsecured | NA | 890.67 | 890.67 | 84.49 | 0.00 |
| Citibank NA | Unsecured | 8,546.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 7,490.00 | NA | NA | 0.00 | 0.00 |
| Coca Cola Bottling | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Concept's | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Concept's | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Delta Distribution | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 8,936.00 | 7,758.91 | 7,758.91 | 1,082.99 | 0.00 |
| Elizer & Meyerson LLC | Unsecured | NA | 1,330.00 | 1,330.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Embassy Coffee | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Equable Ascent Financial | Unsecured | 6,906.00 | NA | NA | 0.00 | 0.00 |
| First Choice Yellow Pages | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Corporation | Secured | 19,069.74 | 15,799.74 | 15,799.74 | 15,799.74 | 399.32 |
| Ford Motor Credit Corporation | Unsecured | 19,069.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| Frito-Lay | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC Mortgage | Secured | 0.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| GMAC Mortgage | Secured | 27,897.00 | NA | NA | 0.00 | 0.00 |
| Gold Coast Bank | Unsecured | 131,559.00 | 131,487.11 | 131,487.11 | 18,352.97 | 0.00 |
| HSBC | Unsecured | 3,428.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 848.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 2,363.69 | NA | NA | 0.00 | 0.00 |
| Illinois State Lottery | Unsecured | 2,032.15 | 2,144.02 | 2,144.02 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,000.00 | NA | NA | 0.00 | 0.00 |
| Interstate Battery | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Lang Ice | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Lube Oils | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 56.80 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 890.00 | 845.81 | 845.81 | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 11,364.00 | 11,876.63 | 11,876.63 | 1,657.74 | 0.00 |
| Midland Funding LLC | Unsecured | NA | 4,158.38 | 4,158.38 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 6,905.00 | 6,805.93 | 6,805.93 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 4,529.00 | 4,809.53 | 4,809.53 | 0.00 | 0.00 |
| Midwest Heart Center, Ltd. | Unsecured | 68.70 | NA | NA | 0.00 | 0.00 |
| Money Mailer Of Illinois Inc | Unsecured | NA | 639.64 | 639.64 | 0.00 | 0.00 |
| Morris Mauer MD | Unsecured | 311.42 | NA | NA | 0.00 | 0.00 |
| Napa Auto | Unsecured | 937.27 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Oak Harbor Capital LLC | Unsecured | 13,764.00 | 13,583.81 | 13,583.81 | 1,896.03 | 0.00 |
| OneWest Bank FSB | Secured | 377,738.00 | 313,051.34 | 313,051.34 | 0.00 | 0.00 |
| OneWest Bank FSB | Secured | 377,738.00 | 41,837.92 | 49,003.46 | 10,046.99 | 0.00 |
| Pepsi Beverages Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,655.00 | 1,696.00 | 1,696.00 | 236.72 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,143.00 | 1,065.26 | 1,065.26 | 0.00 | 0.00 |
| Rogers & Hollands Jewelers | Unsecured | 5,339.00 | 5,160.31 | 5,160.31 | 0.00 | 0.00 |
| SPG | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STA International | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| State Bank of the Lakes | Unsecured | 14,734.00 | NA | NA | 0.00 | 0.00 |
| Unknown | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Unknown | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Veoila Environmental Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Village of Northbrook | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| Village of Northbrook | Unsecured | 5.92 | NA | NA | 0.00 | 0.00 |
| Weltman Weinberg & Reis Co LPA | Unsecured | 18,602.00 | 18,602.41 | 18,602.41 | 0.00 | 0.00 |
| World Fuel Services Inc | Unsecured | 30,000.00 | 20,754.37 | 20,754.37 | 0.00 | 0.00 |
| Zenith Acquisition | Unsecured | 576.00 | 581.00 | 581.00 | 6.80 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $313,051.34 | $0.00 | $0.00 |
| Mortgage Arrearage | $49,203.46 | $10,046.99 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $30,074.65 | $30,074.65 | $595.69 |
| **TOTAL SECURED:** | **$392,329.45** | **$40,121.64** | **$595.69** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$248,563.71** | **$24,155.43** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,888.19 |
| Disbursements to Creditors | $64,872.76 |
| **TOTAL DISBURSEMENTS :** | **$71,760.95** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/13/2016          By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**